UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

No. 01-7444
(CA-01-384)

Rafael Cornelio Brito, etc.,

Plaintiff - Appellant,

versus

Department of Justice, et al.,

Defendants - Appellees.

O R D E R

The court amends its opinion filed January 2, 2002, as follows:

On the cover sheet, section 2, line 2 of appellees -- the spelling of "States" is corrected.

On the cover sheet, section 5 -- the panel information is corrected to read "Before LUTTIG, TRAXLER, and GREGORY, Circuit Judges."

For the Court - By Direction

/s/ Patricia S. Connor
Clerk

**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 01-7444**

RAFAEL CORNELIO BRITO, a/k/a Rafael C. Matos,

                                        Plaintiff - Appellant,

        versus

DEPARTMENT OF JUSTICE; JOHN ASHCROFT, Attorney
General; RICHARD L. WILLIAMS, United States
District Judge, Richmond Division,

                                        Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  Richard L. Williams, Senior
District Judge.  (CA-01-384)

Submitted:  December 20, 2001      Decided:  January 2, 2002

Before LUTTIG, TRAXLER, and  GREGORY, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Rafael Cornelio Brito, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Rafael Cornelio Brito appeals the district court's dismissal without prejudice of his 42 U.S.C.A. § 1983 (West Supp. 2001) action because he failed to pay a filing fee or petition the court to proceed in forma pauperis. After Brito noted this appeal, the district court granted Brito's motion to reconsider, vacated judgment, and reinstated his § 1983 action. <u>Brito v. Department of Justice</u>, No. CA-01-384 (E.D. Va. Sept. 24, 2001). We therefore dismiss the present appeal as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>